UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jane Voda,

Plaintiff,

vs.

Philips Medical Systems
North America Company,

Defendant.

Civil No.: 00-1 4 JRT/FLN

**ORDER**

**THIS MATTER** came before the undersigned United States Magis :ate Judge on the parties' Stipulation received by the Court on September 29, 2000.

Based upon the files, records, and proceedings herein, it is hereby **O RDERED** that:

1. Defendant Philips Medical Systems North America, Inc., sha l respond to Plaintiff's December 16, 1999, discovery requests, within ten (10) days of the date that this Order is signed;

2. The parties shall submit statements to the Court within ten (1 0) days of the date that this Order is signed. The statements shall comply with Local Rule 16.3. and should describe:

   a. What discovery remains to be completed;
   b. What discovery has been completed;
   c. Why all discovery has not been completed; ar d
   d. How long it will take to complete discovery.

DATED: Sept 29, 2000

Frank L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED OCT 0 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______