UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jane Voda,

Plaintiff,

vs.

Philips Medical Systems
North America Company,

Defendant.

Civil No.: 00-104 JRT/FLN

**ORDER**

William O. Bongard for Plaintiff.
Robert Murnane for Defendant.

**THIS MATTER** came before the undersigned United States Magistrate Judge on November 6, 2000, on Plaintiff's Motion to Compel Responses to Discovery Requests, and to Amend the Scheduling Order [#14].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. Defendant shall produce the discovery requested by Plaintiff forthwith;
2. Defendant shall reimburse Plaintiff for the costs and fees incurred by Plaintiff's counsel in connection with this Motion. Plaintiff's counsel shall submit an Affidavit within ten days of the date that this Order is signed detailing his costs and fees;
3. Defendant shall be sanctioned an additional amount of $150.00 per day for every day after November 10, 2000, that discovery is still outstanding.

DATED: Nov. 14, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED NOV
JUDGMENT ENTD
DEPUTY CLERK