UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jane Voda, Civil No.: 00-104 JRT/FLN

Plaintiff,

vs. **ORDER**

Philips Medical Systems
North America Company,

Defendant.

---

William O. Bongard for Plaintiff.
Robert Murnane for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on Plaintiff's Affidavit setting forth the costs and fees incurred by Plaintiff in preparation for its November 6, 2000, Motion to Compel.

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. Defendant shall pay Plaintiff $150.00 for the time spent by Plaintiff's counsel preparing for and arguing the November 6, 2000, Motion;

2. Defendant shall pay Plaintiff an additional amount of $750.00 for its late response to Plaintiff's discovery Motion, for a total payment of $900.00.

DATED: Dec. 12, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED DEC 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK