UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jane Voda,

Plaintiff,

v.

Philips Medical Systems
North America Company,

Defendant.

Civil No. 00-104 JRT/FLN

AMENDED
PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by March 1, 2001.

   b. All discovery shall be commenced in time to be completed by September 1, 2001.

   c. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by September 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

DEC 21 2000

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before July 1, 2001.

2) By Defendant(s) on or before August 1, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before July 1, 2001.

2) By defendant(s) on or before August 1, 2001.

c. Each party may depose no more than 3 expert witnesses on or before September 1, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed prior to November 1, 2001.

b. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial no later than January 1, 2002, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 5 trial days.

DATED: 12/21, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge