UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jane Voda,

Plaintiff,

v.

Philips Medical Systems North America Company,

Defendant.

Civil 00-104 FLN

ORDER GOVERNING CIVIL JURY TRIAL

---

The above entitled case is set for trial before Chief Magistrate Judge Franklin L. Noel on January 14, 2002, at 9:00 a.m., Courtroom 9W, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

To assist the court and counsel in achieving a just, speedy and less costly determination of this case, the parties are directed to comply with Local Rule 39.1 and 39.2.

IT IS FURTHER ORDERED that:

A. TRIAL PAPERS

No later than ten days preceding the date set for trial, counsel for each party shall serve upon each other and furnish to the court:

1. Requested voir dire questions;

2. Proposed jury instructions, each on a separate page, and containing citation of legal authority;

3. Proposed special verdict form;

4. A list of all exhibits to be used as evidence at the trial, together with an indication



FILED 10-15-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

of which exhibits the parties agree are admissible and the grounds for objection to any not so agreed upon;

5. A list of the names and addresses of all prospective witnesses together with a short (one or two sentences) statement describing the substance of the testimony of each witness;

6. A schedule of depositions the party intends to offer in evidence which includes a statement of any objections any party has to any portions of such depositions. Only depositions so listed shall be offered in evidence at the trial;

7. A statement of the case describing the facts the party intends to prove and setting forth the party's legal position, with citation to authority, with respect to any substantive, evidentiary or procedural issues;

B. OTHER TRIAL PREPARATION

8. No later than ten days preceding the date set for trial, counsel shall mark and make available for examination and, if requested, copying, by all opposing counsel, all exhibits for identification. Each exhibit shall be assigned a separate number beginning with 1. The exhibit sticker shall clearly identify the party offering the exhibit (e.g. Plaintiff's Exhibit No. 1; Defendant's Exhibit No. 1) and shall include the case number (Civ. No. 00-104 FLN). The sticker shall be placed conspicuously on the first page of the exhibit in such a way as not to obscure the content of the exhibit. Only exhibits so pre-marked and made available to opposing counsel shall be offered in evidence at trial.

9. Sufficiently in advance of trial to permit the parties to timely serve and submit to the court the schedules of depositions required by Paragraph 6 above, counsel for each party shall advise opposing counsel of which depositions, if any, the party proposes to offer in evidence, and

shall ascertain whether or not any of the opposing parties object to the receipt in evidence of any portion of such depositions and the grounds therefor.

C. THE COURT INTENDS THAT THIS ORDER CONFORM TO THE REQUIREMENTS OF LOCAL RULE 39.1. TO THE EXTENT THE TERMS OF THIS ORDER ARE BROADER THAN, OR DIFFERENT THAN THE REQUIREMENTS OF LOCAL RULE 39.1, THE TERMS OF THIS ORDER CONTROL.

DATED: Oct. 12, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

All requested materials must be received no later than December 31, 2001.

All such materials should be submitted in duplicate to Catherine Orlando, 9W United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415; (612) 664-5110.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500