UNITED STATES DISTRICT
DISTRICT OF MINNESOTA
FOURTH DIVISION
CIVIL FILE NO. 00-104JRT/FLN

---

Jane Voda,

Plaintiff,

vs.

STIPULATION OF DISMISSAL

Philips Medical Systems
North America Company,

Defendant.

---

The above-entitled action, having been fully compromised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: 1/8/02

SIEBEN, GROSE, VON HOLTUM & CAREY

By: [signature]
William O. Bongard #138826
Attorneys for Plaintiff
900 ~~Midwest Plaza East~~
800 Marquette Avenue
Minneapolis, MN 55402
(612) 333-4500

Dated: 12/31/01

MURNANE, CONLIN, WHITE & BRANDT

By: [signature]
Andrew T. Shern #100316
Attorneys for Defendant
444 Cedar St. #1800
St. Paul, MN 55101
(651) 2279411

FILED 1-9-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. 1-9-02
DEPUTY CLERK

**ORDER**

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed on the merits and without costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: JAN 9, 2002

BY THE COURT:

Franklin L Noel

488193